UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:25-cv-60070-WPD

MARIE DORIVAL,

     Plaintiff,

v.

ANDREA GUNDERSEN and COLE,
SCOTT & KISSANE, P.A.,

     Defendants.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S DISCOVERY "MOTIONS"

COME NOW, Defendants, ANDREA GUNDERSEN and COLE, SCOTT & KISSANE, P.A., by and through the undersigned counsel, and hereby file this Response to Plaintiff's Discovery "Motions," and, in support thereof, state as follows:

1. On February 19, 2025, Plaintiff filed several written discovery requests directed to each of the Defendants, including requests for admissions, requests for production of documents, and interrogatories, as well as a request to take various depositions. *See,* D.E.'s 19-27.

2. On February 20, 2025, the Court entered an Order Referring Motions and Discovery [D.E.'s 19-27] to the Magistrate Judge for disposition. *See,* D.E. 29.

3. On February 24, 2025, the Magistrate Judge entered an Order Striking Plaintiff's Discovery Filings, docket entries 19-21 and 30. *See,* D.E. 31. The Order did not address docket entries 22-29.

4. It is Defendants' position that all of Plaintiff's filings constitute mere discovery requests as opposed to Motions and therefore do not require responses; however, in light of (1) the above-referenced Order Referring Motions and Discovery [D.E.'s 19-27] to the Magistrate Judge for disposition, indicating that the Court may construe Plaintiff's filings as Motions, and (2) the Order Striking docket entries 19-21 and 30, with docket entries 22-29 arguably remaining pending,

Defendant files this Response in the abundance of caution, in the event that Responses are expected by the Court or Magistrate Judge.

5.      Federal Rule of Civil Procedure 5(d) provides that discovery requests must not be filed until they are used in the proceeding or the court orders filing.  Similarly, as the Order Striking noted, Local Rule 26.1 provides the same.  To date, Plaintiff's discovery requests are not being used in the proceeding, and the Court has not ordered that the requests be filed.

6.      Additionally, discovery may not be commenced until after the Rule 26(f) conference has occurred.  *See,* Federal Rule of Civ. P. 26.  The parties are currently in the process of scheduling such conference to occur later this month.

7.      Moreover, United States District Court for the Southern District of Florida Local Rule 7.1(a)(3) requires conferral prior to discovery motions being filed, and that a certificate of compliance with the Rule be included in the motion.  Plaintiff did not confer with the undersigned counsel in connection with any discovery dispute, and did not include such certificate in any of her filings.

8.      It follows that Plaintiff's discovery-related filings are improper and in violation of the Federal and Local Rules on all fronts.

9.      Based on the above, to the extent that any of Plaintiff's filings are construed as Motions, they should be denied.  To the extent they are construed as discovery requests, they should be stricken.

10.     In the interest of party and judicial economy, Defendants also respectfully request that Plaintiff be reminded of her obligation to familiarize herself with the federal and local rules, and to comply with same.  In this regard, Defendants wish to prevent any further waste of party and/or judicial resources.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order denying any discovery Motion filed by Plaintiff, to the extent any of her filings are construed as

such, or striking all of her discovery requests, and provide the additional relief requested herein.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 5th day of March 2025, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Nicole M. Wall*
NICOLE M. WALL
FBN: 17430

**SERVICE LIST**
Marie Dorival, *pro se Plaintiff*
325 NW 33 Terrace, Apt. 305
Pompano Beach, FL 33069
E:  mdorival1961@gmail.com
*[Via CM/ECF]*